IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roberta A. Miele aka Roberta Miele<br>John C. Miele Sr. aka John C. Miele aka John Miele aka Jon Miele aka John Miele, Sr. dba Miele's Mechanical dba Miele's Mechanical<br>                Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>                Movant<br>      vs. | NO. 5:16-bk-00545 RNO |
| Roberta A. Miele aka Roberta Miele<br>John C. Miele Sr. aka John C. Miele aka John Miele aka Jon Miele aka John Miele, Sr. dba Miele's Mechanical dba Miele's Mechanical<br>                Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>                Trustee | |

## **AMENDED CERTIFICATE OF SERVICE**

I, Thomas I. Puleo, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of Ditech Financial LLC to Approve Loan Modification and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on February 1, 2017 by first class mail, and/or electronic means upon those listed below and to all creditors on the attached creditor mailing matrix:

<u>Debtors</u>
Roberta A. Miele aka Roberta Miele
99 Lakeshore Drive
Lakeville, PA 18438

John C. Miele Sr. aka John C. Miele aka John Miele aka Jon Miele aka John Miele, Sr. dba Miele's Mechanical dba Miele's Mechanical
99 Lakeshore Drive
Lakeville, PA 18438

<u>Attorney for Debtors</u>
Tullio DeLuca, Esq.
381 N. 9th Street
Scranton, PA 18504

<u>Trustee</u>
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A
Hummelstown, PA 17036

<u>Office of the US Trustee</u>
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**See attached Creditor Mailing Matrix**

Date: February 1, 2017

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
Attorney for Movant/Applicant
Main Phone #: 215-627-1322

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:16-bk-00545-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Wed Feb  1 16:32:15 EST 2017 | Ditech Financial LLC<br>14841 Dallas Parkway, Suit 300<br>Dallas, TX 75254-7883 | Ditech Financial LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 |
| U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | AFNI<br>P.O. Box 3517<br>Bloomington, IL 61702-3517 | AFNI, Inc.<br>P.O. Box 3667<br>Bloomington, IL 61702-3667 |
| Adjustment Service<br>P.O. Box 1512<br>Knoxville, TN 37901-1512 | Advanced Inpatient Medicine<br>P.O. 1906<br>Kingston, PA 18704-0906 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | Apothaker Scian, P.C.<br>520 Fellowship Rd., Suite C306<br>P.O. Box 5496<br>Mt. Laurel, NJ 08054-5496 |
| Aspire Visa<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 | Asset Acceptance<br>P.O. Box 2036<br>Warren., MI 48090-2036 | B-Line, LLC<br>Mail Stop 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 |
| Barclays<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE 19899-8802 | Becket and Lee, LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Berks Credit & Collection<br>900 Corporate Drive<br>Reading, PA 19605-3340 |
| CHS Professional Practice PC<br>2775 Schoenersville Rd.<br>Bethelhem, PA 18017-7307 | Candica, L.L.C.<br>c/o Weinstein and Riley, PS<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Capital Management Services, LP<br>698 1/2 South Ogden St.<br>Buffalo, NY 14206-2317 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cerastes<br>2001 Western Ave Ste 430<br>Seattle, WA 98121-3132 |
| Chase<br>PO Box 15298<br>Wilmington DE 19850-5298 | Citi<br>Box 6500<br>Sioux Falls, SD 57117-6500 | Citibank<br>Box 6500<br>Sioux Falls, SD 57117-6500 |
| (p)COLLECTION SERVICE CENTER INC<br>363 VANADIUM ROAD<br>STE 109<br>PITTSBURGH PA 15243-1477 | Commonwealth Health<br>1605 Valley Center Pkwy, Ste 200<br>Bethlehem, PA 18017-2345 | CreditOne<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |

| | | |
|---|---|---|
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 |
| Ditech Financial, LLC<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Diversified Adjustment<br>600 Coon Rapids Blvd. NW<br>Coon Rapids, MN 55433-5549 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 288<br>Greenville, SC 29602-0288 |
| Eastern Maine Electric Cooperative<br>21 Union St<br>PO Box 425<br>Calais ME 04619-0425 | Emergency Services P.C.<br>P.O. Box 319<br>Dunmore, PA 18512-0319 | Equable Ascent Financial<br>160 N Franklin St<br>Ste 301<br>Chicago, IL 60606-1869 |
| Fairpoint Communications<br>PO Box 11021<br>Lewiston ME 04243-9472 | Foundation Radiology Group<br>Three Gateway Ctr., 20th Fl<br>401 Liberty Ave., Ste. 2000<br>Pittsburgh, PA 15222-1029 | Fresh Start<br>6250 Ridgewood Rd.<br>St. Cloud, MN 56303-0820 |
| Geisinger Health System<br>100 North Academy Ave.<br>Danville, PA 17822-0001 | Green Tree<br>PO Box 6172<br>Rapid City, SD 57709-6172 | Home Depot Credit Services<br>P.O. Box 790328<br>St. Louis, MO 63179-0328 |
| InSolve Recovery,LLC<br>by American InfoSource, LP<br>P.O. Box 269093<br>Oklahoma City, OK 73126-9093 | Incare LLC<br>C/o National Bond Collection<br>210 Division St.<br>Kingston, PA 18704-2715 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| John C. Miele, Sr.<br>99 Lakeshore Dr.<br>Lakeville, PA 18438-4006 | John J. Martin, Esq.<br>1022 Court Street<br>Honesdale, PA 18431-1925 | Keystone Emergency Systems<br>Patient Financial Services<br>P.O. Box 1512<br>Knoxville, TN 37901-1512 |
| LVNV Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC its successors and assigns<br>assignee of Bluestem Brands, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law offices of Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504-2005 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Credit Management<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123-2255 |
| Midland Funding LLC<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123-2255 | Miramed Revenue Group<br>991 Oak Creek Dr.<br>Lombard, IL 60148-6408 | Moses Taylor Hospital<br>700 Quincy Ave<br>Attn: Justin Davis CEO<br>Scranton, PA 18510-1798 |

| | | |
|---|---|---|
| National Bond Collection<br>210 Division St.<br>Kingston, PA  18704-2715 | (p)NATIONAL VISION INC<br>2435 COMMERCE AVE<br>BLDG 2200<br>DULUTH GA 30096-4980 | National Vision, Inc.<br>P.O. Box 934802<br>Atlanta, GA 31193-4802 |
| Nationwide Credit<br>1000 Abernathy Drive, Ste 200<br>Atlanta, GA 30328-5604 | Oliphant Financial Group, LLC<br>Box 864934<br>Orlando, FL 32886-4934 | PPL Electric Utilities<br>827 Hausman Rd.<br>Allentown, PA 18104-9392 |
| PYOD, LLC its successors and assigns as assi<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Phelan Hallinan Diamond & Jones, LLP<br>One Penn Center Plaza<br>1617 JFK Blvd, Ste. 1400<br>Philadelphia, PA 19103-1814 | Philip C. Gutherz, MD<br>600 Maple Ave Ste 13<br>Honesdale, PA 18431-1460 |
| Pinnacle Credit Services<br>7900 Highway 7 #100<br>Saint Louis Park, MI 55426-4045 | Pinnacle Credit Services<br>P.O. Box 640<br>Hopkins, MN 55343-0640 | Porania LLC<br>c/o Biltmore Asset Management<br>24500 Center Ridge Rd Ste 472<br>Westlake, OH 44145-5605 |
| Portfolio Investments I, LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave., Suite 1120<br>Miami FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Emergency Care<br>P.O. Box 1257<br>Troy, NY 48099-1257 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite 150<br>Dallas, Texas 75247-4029 | Revenue Recovery Corporation<br>7005 Middlebrook Pike<br>Knoxville, TN 37909-1156 | Roberta A. Miele<br>99 Lakeshore Dr.<br>Lakeville, PA 18438-4006 |
| Sears<br>PO Box 6275<br>Sioux Falls, SD 57117-6275 | Sears Credit Cards<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Shellpoint Mortgage Servicing<br>55 Beattie Pl., Ste. 600<br>Greenville, SC 29601-2165 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Synchrony Bank/Klein Sleep<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Pay Pal Smart Conn<br>PO Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/Sleepy's<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Summit Racing<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Wal-Mart<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Target National Bank<br>c/o Target Credit Services<br>P.O. Box 1581<br>Minneapolis, MN 55440-1581 | UCB Collections<br>5620 Southwyck Blvd.<br>Toledol, OH 43614-1501 |

| | | |
|---|---|---|
| Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon Bankruptcy Dept.<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304-2225 |
| Wayne County Probation Dept.<br>Wayne County Courthouse<br>925 Court St.<br>Honesdale, PA 18431-1994 | Wayne Enterprises<br>P.O. Box 443<br>Honesdale, PA 18431-0443 | Wayne Memorial Community Health Ctrs.<br>601 Park Street<br>Honesdale, PA 18431-1498 |
| Wayne Memorial Hospital<br>Attn: Collection Dept.<br>601 Park St.<br>Honesdale, PA 18431-1498 | Wayne Memorial Hospital Anesthesia, Inc.<br>P.O. Box 49<br>Pittsburgh, PA 15230-0049 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| Philip C Gutherz<br>600 Maple Avenue<br>Suite 13<br>Honesdale, PA 18431-1460 | Tullio DeLuca<br>381 N. 9th Street<br>Scranton, PA 18504-2005 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Collection Service Center<br>250 Mt. Lebanon Blvd., Suite 420<br>Pittsburgh, PA 15122 | Discover<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | Jefferson Capital<br>16 McLeland Road<br>Saint Cloud, MN 56303-2198 |
| National Vision, Inc.<br>296 Grayson Hwy.<br>Lawrenceville, GA 30045 | Portfolio Recovery Associates LLC<br>120 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 |
| Springleaf Finance, Inc.<br>601 N.W. 2nd St.<br>Evansville, IN 47708 | (d)Springleaf Financial Service<br>P.O. Box 3251<br>Evansville, IN 47732 | (d)Springleaf Financial Services<br>Green Ridge Plaza<br>1608 Nay Aug Ave.<br>Scranton, PA 18509-1868 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (d)National Bond Collection<br>210 Division Street<br>Kingston, PA 18704-2715 | (d)Nationwide Credit, Inc.<br>1000 Abernathy Drive, Ste 200<br>Atlanta, GA 30328-5604 |

| | | |
|---|---|---|
| (d)John C. Miele Sr.<br>99 Lakeshore Dr.<br>Lakeville, PA 18438-4006 | (d)Roberta A. Miele<br>99 Lakeshore Dr.<br>Lakeville, PA 18438-4006 | End of Label Matrix<br>Mailable recipients  100<br>Bypassed recipients    5<br>Total                105 |