```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00545-JJT
John C. Miele, Sr.                                              Chapter 13
Roberta A. Miele
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: TWilson           Page 1 of 1            Date Rcvd: Mar 28, 2017
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db/jdb         +John C. Miele, Sr.,   Roberta A. Miele,   99 Lakeshore Dr.,   Lakeville, PA 18438-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Plaintiff Roberta A. Miele tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Plaintiff John C. Miele, Sr. tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor John C. Miele, Sr. tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Joint Debtor Roberta A. Miele tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roberta A. Miele aka Roberta Miele<br>John C. Miele Sr. aka John C. Miele aka John Miele aka Jon Miele aka John Miele, Sr. dba Miele's Mechanical dba Miele's Mechanical<br>                     Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>                     Movant<br>      vs.<br>Roberta A. Miele aka Roberta Miele<br>John C. Miele Sr. aka John C. Miele aka John Miele aka Jon Miele aka John Miele, Sr. dba Miele's Mechanical dba Miele's Mechanical<br>                     Debtors<br>Charles J. DeHart, III Esq.<br>                     Trustee | NO. 16-00545 JJT |

## ORDER

AND NOW, this 28th day of March, 2017, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement attached to docket 52 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Dated: March 28, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)