# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOHN C. MIELE, SR.
          AKA: JOHN C. MIELE, JOHN MIELE, JON
          MIELE, JOHN MIELE, SR.  DBA: MIELE'S
          MECHANICAL, MIELE'S MECHANICAL
          ROBERTA A. MIELE
          AKA: ROBERTA MIELE
               Debtor(s)

                                                CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
               Movant                    CASE NO: 5-16-00545-JJT

          vs.

          JOHN C. MIELE, SR.
          AKA: JOHN C. MIELE, JOHN MIELE, JON
          MIELE, JOHN MIELE, SR.  DBA: MIELE'S
          MECHANICAL, MIELE'S MECHANICAL
          ROBERTA A. MIELE
          AKA: ROBERTA MIELE
               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 5, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                  Respectfully submitted,

                                  s/   Charles J. DeHart, III
                                  Charles J. DeHart, III, Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA  17036
                                  Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOHN C. MIELE, SR.
           AKA: JOHN C. MIELE, JOHN MIELE,
           JON MIELE, JOHN MIELE, SR.
           DBA: MIELE'S MECHANICAL, MIELE'S
           MECHANICAL                 CHAPTER 13
           ROBERTA A. MIELE
           AKA: ROBERTA MIELE

                 Debtor(s)            CASE NO: 5-16-00545-JJT

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                 Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**           **HEARING:**
August 7, 2018 at 9:00 am                August 7, 2018 at 09:35 AM
U.S. Bankruptcy Court                    U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse            Max Rosenn U.S. Courthouse
197 S. Main Street                        197 S. Main Street
Wilkes Barre, PA                       Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 460.00**
        **AMOUNT DUE FOR THIS MONTH: $184.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $644.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
**CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  July 5, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOHN C. MIELE, SR.
AKA: JOHN C. MIELE, JOHN
MIELE, JON MIELE, JOHN MIELE,
SR.  DBA: MIELE'S MECHANICAL,
MIELE'S MECHANICAL          CHAPTER 13
ROBERTA A. MIELE
AKA: ROBERTA MIELE

        Debtor(s)          CASE NO: 5-16-00545-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on  July 5, 2018.


TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA  18504-


JOHN C. MIELE, SR.
ROBERTA A. MIELE
99 LAKESHORE DR.
LAKEVILLE, PA  18438


Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097


Dated:  July 5, 2018

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JOHN C. MIELE, SR.
          AKA: JOHN C. MIELE, JOHN MIELE,
          JON MIELE, JOHN MIELE, SR.
          DBA: MIELE'S MECHANICAL,
          MIELE'S MECHANICAL
          ROBERTA A. MIELE
          AKA: ROBERTA MIELE

                                    CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant              CASE NO: 5-16-00545-JJT

          vs.

          JOHN C. MIELE, SR.              MOTION TO DISMISS
          AKA: JOHN C. MIELE, JOHN MIELE,
          JON MIELE, JOHN MIELE, SR.
          DBA: MIELE'S MECHANICAL,
          MIELE'S MECHANICAL
          ROBERTA A. MIELE
          AKA: ROBERTA MIELE

### ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.