**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1204191

July 11, 2019

PAY** Three Thousand Three Hundred Ninety One Dollars and 48 Cents***************  AMOUNT ******$3,391.48******

TO THE ORDER OF

CLERK U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101-

VOID AFTER October 09, 2019
Positive Pay Account

⑈1204191⑈ ⑆031301422⑆ 1618 66156⑈

Check No. 1204191

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-02104-HWV | 010-0 | DORCAS D. HOLMES<br>Original Check written to:<br>CITY OF HARRISBURG<br>LAW BUREAU, ROOM 402<br>10 NORTH SECOND STREET<br>HARRISBURG, PA 17101 | | 0.00 | 19.86 | 0.00 | 19.86 |
| 17-02607-HWV | 999-0 | C ALAN NEEPER<br>Original Check written to:<br>C ALAN NEEPER and JAYNE ELLEN NEEPER<br>560 LOWE RD<br>NEW PARK, PA 17352 | | 0.00 | 1,065.48 | 0.00 | 1,065.48 |
| 17-02812-JJT | 999-0 | LEWIS ANTHONY GREGG, JR.<br>Original Check written to:<br>LEWIS ANTHONY GREGG, JR.<br>311 W. PATTERSON ST.<br>LANSFORD, PA 18232-1100 | | 0.00 | 355.64 | 0.00 | 355.64 |
| *14-04524 999-0* | | *Lisa L Stare*<br>Original Check written to:<br>LISA L STARE<br>34 CHURCH STREET APT B<br>GLEN ROCK, PA 17327 | 14-04524 | 0.00 | 125.00 | 0.00 | 125.00 |
| *16-00545 999* | | *John C + Roberta A Miele SR*<br>Original Check written to:<br>JOHN C MIELE & ROBERTA A MIELE SR<br>99 LAKESHORE DRIVE<br>LAKEVILLE, PA 18438 | 16-00545 | 0.00 | 92.00 | 0.00 | 92.00 |
| 18-00599-RNO | 999-0 | TARA REED<br>Original Check written to:<br>TARA REED<br>8 CRESTVIEW DRIVE<br>SCHUYLKILL HAVEN, PA 17972-9703 | | 0.00 | 1,733.50 | 0.00 | 1,733.50 |