Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | | 0.00 | 15.50 | 0.00 | 15.50 |
| 14-02053-HWV | 999-0 | CREIG JEROME RICHARDSON<br>Original Check written to:<br>CREIG JEROME RICHARDSON<br>101 RIDGEWOOD DR.<br>APT. 1504<br>RALEIGH, NC  27609- | | | | | |
| | | | | 0.00 | 1,390.19 | 0.00 | 1,390.19 |
| 14-02063-RNO | 007-0 | RONY ERNESTO LOPEZ<br>Original Check written to:<br>LORI FISHER<br>9853 WILLIAMSPORT PIKE<br>FALLING WATERS, WV  25419-3582 | | | | | |
| | | | | 0.00 | 3,432.98 | 0.00 | 3,432.98 |
| 14-02352-RNO | 011-0 | JOSPEH W. ADAMICK<br>Original Check written to:<br>WELLS FARGO BANK, NA<br>PAYMENT PROCESSING - MAC X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328- | 8021 | | | | |
| | | | | 0.00 | 100.00 | 0.00 | 100.00 |
| 15-02126-HWV | 999-0 | DOUGLAS R. WALKER(DECEASED)<br>Original Check written to:<br>DOUGLAS R. WALKER(DECEASED) and LOIS R. WALKER<br>711 WICKSHIRE COURT<br>LITITZ, PA  17543- | | | | | |
| | | | | 0.00 | 92.00 | 0.00 | 92.00 |
| 16-00545-RNO | 999-0 | JOHN C. MIELE, SR.<br>Original Check written to:<br>JOHN C. MIELE, SR. and ROBERTA A. MIELE<br>99 LAKESHORE DR.<br>LAKEVILLE, PA  18438 | | | | | |