In re:                                                          Case No. 16-00545-RNO
John C. Miele, Sr.                                              Chapter 13
Roberta A. Miele
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CourtneyG          Page 1 of 1          Date Rcvd: Sep 13, 2019
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb          +John C. Miele, Sr.,    Roberta A. Miele,    99 Lakeshore Dr.,    Lakeville, PA 18438-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com
              Mario John Hanyon    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
              pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 2 Roberta A. Miele  tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 John C. Miele, Sr.  tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Plaintiff Roberta A. Miele  tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Plaintiff John C. Miele, Sr.  tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| John C. Miele Sr.,<br>aka John Miele, aka John C. Miele, aka Jon Miele, aka<br>John Miele Sr., dba Miele's Mechanical, dba Miele's<br>Mechanical, | Chapter | 13 |
| | Case No. | 5:16–bk–00545–RNO |

**Debtor 1**

Roberta A. Miele,
aka Roberta Miele,

**Debtor 2**

Social Security No.:

xxx–xx–2546          xxx–xx–2025

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 13, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyGabriel, Deputy Clerk

**fnldec** (05/18)